■ WELLS FARGO BANK, N.A., Successor by Merger to WACHOVIA BANK, N.A., Respondent, v MARY L. GROSE, Appellant, et al., Defendants. [989 NYS2d 415]—Appeal from an order of the Supreme Court, Orleans County (James P. Punch, A.J.), entered

December 14, 2012. The order denied the motion of defendant Mary L. Grose to dismiss the action.

Now, upon the stipulation of discontinuance signed by the attorneys for the parties on March 14 and May 29, 2014, and filed in the Orleans County Clerk's Office on June 6, 2014,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Centra, J.P., Fahey, Peradotto, Sconiers and DeJoseph, JJ.